[No. 22270–8–I.  Division One.  January 22, 1990.]

THE STATE OF WASHINGTON, *Petitioner,* v. STEVEN L. BORG, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03826–9, Nancy A. Holman, J., entered

April 26, 1988. *Reversed* by unpublished opinion per Webster, J., concurred in by Scholfield and Pekelis, JJ.